UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMMODITY RESOURCES, INC.,

       Plaintiff,

v.

CERTAIN UNDERWRITERS AT LLOYDS LONDON,

       Defendant.
       _____/

Case No. 12-10173

HONORABLE GERALD E. ROSEN

## JUDGMENT

For the reasons stated in the Opinion and Order, entered on February 19, 2013, plaintiff's Motion for Summary Judgment is DENIED and defendant's Motion for Summary Judgment is GRANTED. Judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

DAVID WEAVER

Dated: February 19, 2013

By: s/Julie Owens
    Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, February 19, 2013, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5135